UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Irvin Campbell,<br><br>                    Plaintiff,<br><br>-v-<br><br>Doodyman To The Rescue, Inc.,<br><br>                    Defendant, | **Civ. Action #: 12-cv-3440 (JS)(ARL)**<br><br>**ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT** |

TO: FORCHELLI, CURTO, DEEGAN, SCHWARTZ, MINEO & TERRANA, LLP
By: Gregory Lisi, Esq., and Susan Deith, Esq.
*Counsel for Defendant Doodyman To The Rescue, Inc.*
333 Earle Ovington Blvd.
Uniondale, NY 11553
Tel: 516-248-1700
Fax: 516-248-1729

**PLEASE TAKE NOTICE**, that Plaintiff Irvin Campbell, pursuant to Rule 68 of the Federal Rules of Civil Procedure, hereby accepts the attached Offer of Judgment of Doodyman To The Rescue, Inc., dated April 8, 2013, in the above-entitled action.

Dated: Queens Village, New York
April 11, 2013

Respectfully submitted,

*/s/ Abdul Hassan*

Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff Irvin Campbell*
215-28 Hillside Avenue
Queens Village, NY 11427
Tel: 718-740-1000
Fax: 718-355-9668

*The clerk of the Court is directed to enter judgment consistent with the offer of judgment.*

SO ORDERED:
/s/ JOANNA SEYBERT
Joanna Seybert, USDJ
Dated: April 17, 2013
Central Islip, NY

1