**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X

IRVIN CAMPBELL,

                Plaintiff,

                                          **JUDGMENT**
     - against -                           CV-12-3440 (JS)(ARL)

DOODYMAN TO THE RESCUE, INC.,

                Defendant.

-------------------------------------------------------X

      A Notice of Acceptance with Offer of Judgment having been filed on April 11, 2013; and

an Order of Honorable Joanna Seybert, United States District Judge, having been filed on

April 17, 2013, directing the Clerk of Court to enter judgment consistent with the offer of

judgment, it is

      **ORDERED AND ADJUDGED** that judgment is hereby entered in favor of plaintiff and

against defendant in the amount of $7,500, including, but not limited to, attorneys' fees, together

with costs, accrued to April 8, 2013.

Dated: Central Islip, New York
       April 22, 2013

                                        DOUGLAS C. PALMER
                                        CLERK OF THE COURT

                        BY:    /S/ CATHERINE VUKOVICH
                                        DEPUTY CLERK